ALEXANDER YOUNG DISTILLING COMPANY, Appellant, v. NATIONAL DISTILLERS PRODUCTS CORPORATION, Appellee.

No. 7898.

Circuit Court of Appeals, Third Circuit.

Argued April 8, 1942.

Decided April 21, 1942.

As Amended April 24, 1942.

Alexander W. Murray, of Chicago, Ill. (D. Arthur Magaziner and Mayer, Magaziner & Brunswick, all of Philadelphia, Pa., and Richards & Murray, of Chicago, Ill., on the brief), for appellant.

Gerald J. Craugh, of New York City (Morgan, Lewis & Bockius, of Philadelphia, Pa., Breed, Abbott & Morgan, of New York City, and W. Heyward Myers, Jr., of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Kalodner, 40 F.Supp. 748.

Nicholas J. CURTIS, Petitioner, v. Hon. Thomas Glynn WALKER and Hon. William F. Smith, U. S. District Judges for the District of New Jersey.

No. 7929.

Circuit Court of Appeals, Third Circuit.

Argued April 21, 1942.

Decided April 30, 1942.

Nicholas J. Curtis appeared for himself.

H. Colin Minton, of Trenton, N. J., for respondents.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The petition will be dismissed for lack of jurisdiction.

MISSISSIPPI ROAD SUPPLY COMPANY, Appellant, v. Philip B. FLEMING, Administrator of Wage and Hour Division, U. S. Department of Labor, Appellee.

No. 10093.

Circuit Court of Appeals, Fifth Circuit.

May 11, 1942.

E. L. Trenholm, of Jackson, Miss., for appellant.

Irving J. Levy, Acting Sol. of Labor, U. S. Department of Labor, and Mortimer B. Wolf, Asst. Sol., U. S. Department of Labor, both of Washington, D. C., and Jerome A. Cooper, Regional Atty., Wage and Hour Division, U. S. Department of Labor, of Birmingham, Ala., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

This cause was this day called in its regular order; whereupon, on consideration of the motion filed by appellee, the Administrator of the Wage and Hour Division, United States Department of Labor, that the judgment of the United States District Court for the Southern District of Mississippi appealed from be reversed, and the cause remanded with directions to dismiss the Administrator's application for enforcement of a subpoena duces tecum; it is ordered, adjudged and decreed by this Court that the judgment of the said District Court in this cause appealed from be, and the same is hereby, reversed; and that said cause be, and it is hereby, remanded to said District Court with directions to dismiss the Administrator's application for enforcement of the subpoena duces tecum.